UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MEGAN RIPBERGER for Bonnie Murphy, deceased, | ) ) ) | |
| Plaintiff, | ) ) | 1:12-cv-612- SEB-TAB |
| vs. | ) ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 28 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds that said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's application(s) for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act is REVERSED AND REMANDED for further consideration.

IT IS SO ORDERED.

Date: 09/17/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Gary M. Blumenthal
HORENSTEIN, NICHOLSON &
BLUMENTHAL
psweet@hnb-law.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Danielle Pedderson
SOCIAL SECURITY ADMINISTRATION
danielle.pedderson@ssa.gov

Michael A. Rake
HORENSTEIN NICHOLSON &
BLUMENTHAL
psweet@hnb-law.co